UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN GRO HORTICULTURE PROCESSING,<br><br>    Defendant. | Case No. 2:16-cv-2247 (WHO)<br><br>**ORDER FOR CASE REASSIGNED TO VISITING JUDGE ORRICK AND SETTING INITIAL CASE MANAGMENT CONFERENCE** |

This case has been reassigned to the Hon. William H. Orrick of the Northern District of California, who is serving as a visiting judge in the Eastern District of California.

**Governing Rules and Procedures**

The Eastern District of California Local Rules will govern this case, including EDCA Local Rule 271 (Voluntary Dispute Resolution Program), with the following exceptions:

<u>Judge Orrick's Standing Order</u>

Counsel should review and follow Judge Orrick's Standing Order for Civil Cases, available at https://cand.uscourts.gov/whoorders "Judge Orrick's Standing Order Civil."

<u>Noticed Motions and Hearings</u>

Law and Motion hearings will generally be held for the Eastern District cases on **Wednesdays at 1:30 p.m**. To reserve a hearing date, contact Judge Orrick's Courtroom Deputy Jean Davis at 415-522-7171 or jean_davis@cand.uscourts.gov. Parties will be expected to appear telephonically for any hearing, unless both sides agree to appear in person in San Francisco and inform Courtroom Deputy Jean Davis of their intent to appear. Prior to the hearing, Judge Orrick may determine that a matter is appropriate for resolution on the papers and may vacate the hearing date.

Motions shall be noticed for hearing at least 35 days before the proposed hearing date. Any opposition to the motion shall be filed no later than 14 days after the motion was filed. Any reply shall be filed no later than 7 days after the opposition and in no event less than 14 days prior

to the noticed hearing date.

Discovery

If a discovery dispute arises, counsel shall follow Judge Orrick's Joint Discovery Letter procedure, described in detail in his Standing Order. https://cand.uscourts.gov/whoorders "Judge Orrick's Standing Order Civil." EDCA Local Rules 251 and 302(c) do not apply to this case.

EDCA Local Rule 302(c)

EDCA Local Rule 302(c)'s designation of motions to be resolved by a Magistrate Judge does not apply in this case. Matters may be referred to a Magistrate Judge by Judge Orrick on a case-by-case basis.

Proposed Orders and Requests to Seal

All proposed orders and requests to seal required under the EDCA Local Rules shall be emailed to WHO_po@cand.uscourts.gov. For requests to seal, the request to seal, the proposed order, and all documents covered by the request shall be emailed in electronic form to WHO_po@cand.uscourts.gov. Do not file requests to seal or documents covered by requests to seal in paper at the EDCA or NDCA courthouses.

**Initial Case Management Conference**

A Case Management Conference will be held in this case on **February 7, 2017 at 3:00 p.m.** Parties will be expected to appear telephonically, unless both sides agree to appear in person in Judge Orrick's courtroom in San Francisco and notify Courtroom Deputy Jean Davis of their intent to appear. The parties' Case Management Conference Statement shall follow the form of and address the issues specified in the Standing Order for All Judges of the Northern District of California (for Case Management). A copy of that Standing Order can be found at https://cand.uscourts.gov/whoorders "Standing Order for All Judges of the Northern District of California."

**IT IS SO ORDERED**.

Dated: October 12, 2016



WILLIAM H. ORRICK
United States District Judge