Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
           doug@lozeaudrury.com

Attorneys for Plaintiff
THE CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUN GRO HORTICULTURE PROCESSING, a Delaware corporation,<br><br>    Defendant. | Case No. 2:16-cv-02247-WHO<br><br>**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. William H. Orrick<br><br>Case Management Conference: February 7, 2017<br>Time: 3:00 PM |

WHEREAS, on September 22, 2016, Plaintiff The California Sportfishing Protection Alliance filed a complaint against Defendant Sun Gro Horticulture Processing;

WHEREAS, on December 20, 2016, Plaintiff served the Complaint on Defendant;

WHEREAS, Defendant's response to the Complaint is due on February 21, 2017;

WHEREAS, since early August 2016, the Parties have been diligently engaging in confidential settlement discussions that would resolve this matter outside of litigation. These discussions included a confidential settlement meeting at Defendant's facility that is the subject of this action. The Parties are presently negotiating a draft settlement agreement that would resolve all of the claims alleged in the Complaint;

**1**   WHEREAS, on February 7, 2017, at 3:00 p.m., the Parties are scheduled to appear before
**2** Judge Orrick for a Case Management Conference;
**3**   WHEREAS, the Parties believes that rescheduling the case management conference will
**4** conserve court resources and allow the Parties to focus on their settlement discussions;
**5**   WHEREAS, the Parties agreed, upon the Court's approval, to reschedule the Case
**6** Management Conference for April 25, 2017, to provide an opportunity for the Parties to reach a
**7** settlement agreement;
**8**   WHEREAS, the Parties have not previously sought a continuance of the Case Management
**9** Conference, and no Parties would be prejudiced by the proposed continuance;
**10**   THEREFORE, IT IS STIPULATED by and between the Parties, through their respective
**11** counsel, as follows:
**12**   1.   The Case Management Conference set for February 7, 2017, be rescheduled for April
**13**        25, 2017.
**14**   2.   The deadline to file the Joint Case Management Statement be rescheduled for April
**15**        18, 2017.
**16**   WHEREFORE, the Parties respectfully request the Court to approve and enter the Order
**17** below.

Dated: January 30, 2017            By:  /s/ *Douglas J. Chermak*_____
                                        Douglas J. Chermak
                                        Attorneys for Plaintiff
                                        THE CALIFORNIA SPORTFISHING PROTECTION
                                        ALLIANCE


Dated: January 30, 2017            By:  /s/ *Sarah P. Sandford*  (authorized on 1/30/2017)
                                        Sara P. Sandford
                                        Attorneys for Defendant
                                        SUN GRO HORTICULTURE PROCESSING

**[PROPOSED] ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Case Management Conference set for February 7, 2017, is rescheduled for April 25, 2017.  The parties shall file a joint case management statement by April 18, 2017.

IT IS SO ORDERED.

                                            EASTERN DISTRICT COURT OF CALIFORNIA

Dated: _January 31, 2017____

                                            United States District Judge