Sara P. Sandford (SBN #115265)
Donald B. Scaramastra (Admitted *Pro Hac Vice*)
GARVEY SCHUBERT BARER
1191 Second Ave., Ste. 1800
Seattle, WA  98101
206-464-3939
ssandford@gsblaw.com
dscaramastra@gsblaw.com

Attorneys for Defendant Sun Gro
Horticulture Processing, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN GRO HORTICULTURE PROCESSING, INC.<br><br>    Defendant. | NO. 2:16-cv-2247-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE** |

This matter came before the Court on Defendant Sun Gro Horticulture Processing, Inc.'s, Unopposed Motion to Extend Answer Deadline to respond to the Complaint.  The Court having considered the motion and the record, it is hereby:

ORDERED that the motion is GRANTED and the current answer deadline of March 21, 2017, is extended 28 days to April 18, 2017.

DATED this 22nd day of March, 2017.

_____
JUDGE WILLIAM H. ORRICK

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND ANSWER DEADLINE         1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

*Presented by:*

GARVEY SCHUBERT BARER

By: <u>  s/Donald B. Scaramastra    </u>
    Sara P. Sandford, SBN #115265
    ssandford@gsblaw.com
    Donald B. Scaramastra*
    dscaramastra@gsblaw.com
    1191 Second Ave., Ste. 1800
    Seattle, WA  98101
    T: 206-464-3939
    *Admitted *Pro Hac Vice*

*Attorneys for Sun Gro Horticulture Processing, Inc.*

GSB:8531895.1

ORDER GRANTING UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE    2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939