MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SUN GRO HORTICULTURE PROCESSING, a Delaware corporation. <br><br> Defendant. | Case No. 2:16-cv-02247-WHO <br><br> **NOTICE OF SETTLEMENT AND ORDER** <br><br> **[L.R. 160 and FRCP 16]** |

PLEASE TAKE NOTICE pursuant to Local Rule 160(a) that the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

Such notice will be mailed to the agencies on March 24, 2017.  The regulatory agencies' review period will thus end by approximately May 18, 2017 (allowing forty-five days for agency review and approximately ten days for mailing time).  If any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns.

Local Rule 160(b) requires the Court to fix a date upon which the documents disposing of the action must be filed, within 21 days of this notice of settlement, absent good cause.  Given the statutorily mandated 45-day review period, good cause exists to set May 18, 2017, as the date by which a Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void must be filed.

Dated: March 24, 2017          By:  /s/ *Douglas J. Chermak*
                                    Douglas J. Chermak
                                    Attorneys for Plaintiff
                                    THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated: March 24, 2017          By:  /s/ *Sara P. Sandford*  (authorized on 3/24/2017)
                                    Sara P. Sandford
                                    Attorneys for Defendant
                                    SUN GRO HORTICULTURE PROCESSING

**IT IS SO ORDERED.**

Dated:   March 27, 2017
                                    Judge William H. Orrick
                                    United States District Judge