Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUN GRO HORTICULTURE PROCESSING, a Delaware corporation,<br><br>Defendant. | Case No. 2:16-cv-02247-WHO<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL [FRCP 41(a)(1)]** |

WHEREAS, on June 28, 2016, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Sun Gro Horticulture Processing ("Sun Gro") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on September 22, 2016, CSPA filed its Complaint against Sun Gro in this Court, *California Sportfishing Protection Alliance v. Sun Gro Horticulture Processing,* Case No. 2:16-cv-02247-WHO. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Sun Gro, through their authorized representatives and without either adjudication of CSPA's claims or admission by Sun Gro of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth

in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA and Sun Gro is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice. The parties respectfully request an order from this Court dismissing such claims and the Complaint with prejudice. In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 20, 2019, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement, or through the conclusion of any proceeding to enforce the Settlement Agreement initiated prior to December 20, 2019, or until the completion of any payment or affirmative duty required by the Settlement Agreement.

This Dismissal may be pled as a full and complete defense to, and may be used as the basis for an injunction against any lawsuit which may be filed in breach of the Settlement Agreement.

Dated: May 17, 2017                     Respectfully submitted,

LOZEAU DRURY LLP

By:    /s/ *Douglas J. Chermak*
       Douglas J. Chermak
       Attorneys for Plaintiff California Sportfishing
       Protection Alliance


GARVEY SCHUBERT BARER


By:    _Sara P. Sandford_ (as authorized on 5/17/17) __
       Sara P. Sandford
       Attorneys for Defendant
       Sun Gro Horticulture Processing

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that the Complaint, and all of Plaintiff California Sportfishing Protection Alliance's claims against Defendant Sun Gro Horticulture Processing as set forth in the Notice and in the Complaint, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 20, 2019, for the sole purpose of resolving any disputes between the parties with respect to any provision of the Settlement Agreement, or through the conclusion of any proceeding to enforce the Settlement Agreement initiated prior to December 20, 2019, or until the completion of any payment or affirmative duty required by the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 19, 2017

_____
Judge William H. Orrick
United States District Judge